Thomas Crews, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, *En Banc,* January Term, 1910.)

Park Trammell, Attorney General, for the motion.

No counsel contra.

Writ of Error to the Circuit Court for Baker County; J. T. Wills, Judge.

Writ of error dismissed on motion of Attorney General.